**EXHIBIT 1**

[INSERT CASE CAPTION]

## DECLARATION OF CONSENT TO SETTLEMENT
## AND RELEASE OF CLAIMS

In exchange for two checks made payable to me, the first in the gross amount of $ _____.00, from which applicable taxes (and any other deductions required by law) will be withheld, and the second in the gross amount of $_____.00, from which no withholding or deductions will be taken and leaving me solely liable for any taxes due, I, _____[INSERT INDIVIDUAL NAME]_____, release and waive any and all claims and demands I have asserted or could have asserted in this lawsuit against Amerisave Mortgage Corporation and any affiliated entities and persons, including, but not limited to, any and all Amerisave Mortgage Corporation owners, shareholders, officers, directors, members and employees, and their heirs, successors and assigns ("Released Parties"), under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, the federal law requiring payment of minimum and overtime wages by employers, and for recovery of any unpaid wages, liquidated damages and related penalties under any state wage law. I understand that this payment and waiver has been approved by the Court. I have consented to this settlement and provide this release and waiver after having the opportunity to consult with my counsel. I have determined to accept this compromise in my own interest as good and adequate consideration for the waiver herein, without coercion or duress, with the understanding that my consent, the execution of this release and the Court's dismissal will extinguish all FLSA claims I may have, including claims for unpaid wages and overtime, from May 31, 2008 to the present, and any state law claims pertaining to my past wages that I may have against the Released Parties. I agree to keep the dollar amounts of the settlement confidential.

I will ensure that any reference seekers or other inquiries about my employment status are directed to contact Amerisave's Human Resources Manager at (404) 563-7175 to verify only my dates of employment and last position held.

_____         MAIL MY CHECK TO ME AT THIS ADDRESS:
Date

_____         _____
Signature                       Street                          Apt. No.

_____         _____
Printed Name                    City              State         Zip Code

_____
Social Security Number

Page **1** of **1**